IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEE KNOWLIN,

    Plaintiff,

v.

JULIANNE WURL-KOTH, Program
Services Director, Department of
Corrections; MARK HEISE, Corrections
Services Manager, Bureau of Offender
Classification and Movement;
GERALD KONITZER,
Sector Chief, Bureau of Offender
Classification and Movement,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-531-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Julianne Wurl-Koth, Mark Heise and Gerald Konitzer granting their motion for summary judgment and dismissing this case.

_____       9/9/2010
Peter Oppeneer, Clerk of Court                 Date